UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHARLES ERNEST ROOD, JR.,**
    Petitioner,

v.                                           Case No. 3:16cv417/MCR/EMT

**DEPARTMENT OF CORRECTIONS,**
    Respondent.
_____/

# O R D E R

This cause comes on for consideration on the Chief Magistrate Judge's Report and Recommendation dated November 13, 2017 (ECF No. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a <u>de novo</u> determination of any filed objections.[1]

Having considered the Report and Recommendation, and any objections thereto filed, the Court has determined that the Report and Recommendation should be adopted.

---

[1] Petitioner timely requested a two-week extension of time, from December 2, 2017 until December 16, 2017, to file his objections to the Report and Recommendation, which the Court granted. ECF Nos. 32, 33. Petitioner, however, filed his objections on December 26, 2017, without any explanation for the late filing. ECF No. 34. The Court, nonetheless, considered the untimely objections.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's amended motion to dismiss (ECF No. 19) is **GRANTED**.

3. The amended habeas petition (ECF No. 11) is **DISMISSED with prejudice** as untimely.

4. Petitioner's motion for summary judgment (ECF No. 30) is **DENIED**.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of January, 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**